

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2020

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B
L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as
employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et
al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI16263
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

On February 6, 2020, appellant filed a letter notifying this court that he is unable to pay
for the reporter's record and will submit his brief without the reporter's record.  On February 11,
2020, appellant filed his brief in this appeal.

Rule 37.3(c) provides that when an appellant fails to pay for the reporter's record, we will
consider only those issues or points raised in the appellant's brief that do not require a reporter's
record for a decision.  *See* TEX. R. APP. P. 37.3(c).  If appellant wishes to proceed with the
reporter's record and amend his brief accordingly, we **ORDER** appellant to provide written
proof to this court that he has paid the reporter's fee **by February 18, 2020**.  If appellant does
not provide written proof that he has paid the reporter's fee in accordance with this order, then
his brief will be deemed timely filed as of February 11, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2020.



Michael A. Cruz,
Clerk of Court